| | | | |
|---|---|---|---|
| Heidorn v. Chelten Church | 1590 EDA 2015<br>Affirmed | 06/22/2016 | No. 2014–32390<br>(Montgomery) |
| Com. v. Weary | 1624 EDA 2015<br>Affirmed | 06/22/2016 | CP–51–CR–0008915–<br>2008<br>(Philadelphia) |
| Reuven v. Mason | 1818 EDA 2015<br>Affirmed | 06/22/2016 | 150202815<br>(Philadelphia) |
| Com. v. Morales–Castro | 1974 EDA 2015<br>Affirmed | 06/22/2016 | CP–39–CR–0002781–<br>2012<br>(Lehigh) |
| Com. v. Morales–Castro | 1977 EDA 2015<br>Affirmed | 06/22/2016 | CP–39–CR–0005565–<br>2012<br>(Lehigh) |
| Com. v. Valentine [20] | 2060 EDA 2015<br>Appeal<br>dismissed | 06/22/2016 | CP–09–CR–0003521–<br>2012<br>(Bucks) |
| D'Antonio v. Beam | 2309 EDA 2015<br>Reversed and<br>Remanded | 06/22/2016 | No. 2015–02417<br>(Chester) |
| Com. v. Wyatt | 2343 EDA 2015<br>Affirmed | 06/22/2016 | CP–51–CR–0603901–<br>1990<br>(Philadelphia) |
| Com. v. Jones | 2430 EDA 2015<br>Affirmed | 06/22/2016 | CP–51–CR–0908121–<br>2002<br>(Philadelphia) |
| Com. v. Hartnett | 2440 EDA 2015<br>Affirmed | 06/22/2016 | CP–51–CR–0012575–<br>2010<br>(Philadelphia) |
| Com. v. Jones | 2561 EDA 2015<br>Affirmed | 06/22/2016 | CP–39–CR–0000885–<br>2010<br>(Lehigh) |
| Com. v. Brenzenger | 46 EDA 2016<br>Affirmed | 06/22/2016 | CP–51–CR–0014083–<br>2012<br>(Philadelphia) |
| Com. v. Riddick | 1253 MDA 2015<br>Affirmed | 06/22/2016 | CP–35–CR–0000781–<br>2005<br>(Lackawanna) |
| Com. v. Taylor | 1366 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/22/2016 | CP–40–CR–0003278–<br>2012<br>(Luzerne) |
| Com. v. Hernandez | 1403 MDA 2015<br>Affirmed | 06/22/2016 | CP–40–CR–0002954–<br>2014<br>(Luzerne) |
| Com. v. Scott | 1621 MDA 2015<br>Affirmed | 06/22/2016 | CP–28–CR–0001428–<br>2014<br>(Franklin) |

**20.** Petition for reargument denied August 02, 2016.